366 P.2d 713

**Harry D. SMITH, Petitioner,**

v.

**Felix RODRIQUEZ, Respondent.**

**No. 7079.**

Supreme Court of New Mexico.

Dec. 6, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied for the reason that said petition does not allege facts warranting the issuance of same.